UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-po-00331-CKD |
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE COURT TRIAL |
| v. | ) ) | |
| DESTINY D. McCOMB, | ) ) | DATE: February 4, 2020 TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:19-po-00331-CKD without prejudice is GRANTED.

It is further ordered that the court trial scheduled on February 4, 2020, is vacated.

IT IS SO ORDERED.

Dated: January 17, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS & VACATE TRIAL       1       U.S. v. DESTINY D. MCCOMB